452 A.2d 1101

Commonwealth v. La Duna, Appellant.

Submitted December 7, 1981. Charles A. Cunningham, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, MONTGOMERY and LIPEZ, JJ.

The judgment of sentence is affirmed.

452 A.2d 1101

Commonwealth v. Land, Appellant.

Submitted February 22, 1982. Gary Kleitman, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence is affirmed on the able opinion of the distinguished Montgomery County Common Pleas Court Judge William T. Nicholas.